UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

                                                                                        Cr. No. 5:20-cr-00073-M-1

    Plaintiff,

v.                                                                        MOTION TO SEAL

TYLER ROBISON,

    Defendant.
_____/

       The Defendant, Tyler Robison, by and through his undersigned counsel, Kevin M. Marcilliat, moves the Court for an order to seal the Document Number 26 filed with this Court on August 18, 2020, due to the sensitive information contained within the document.

       This the 18th day of August, 2020.

                                                   Respectfully Submitted,

                                                 /s/ Kevin M. Marcilliat
                                                 _____
                                                 Kevin M. Marcilliat
                                                 Roberts Law Group, PLLC
                                                 203 West Millbrook Road, Suite 200
                                                 Raleigh, North Carolina 27609
                                                 Telephone: (919) 838-6643
                                                 Facsimile: (919) 573-0774
                                                 E-mail: Kevin@RobertsLawTeam.com
                                                 State Bar No. 44592
                                                 *Retained Counsel for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certify that on the date shown below, they electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> United States Attorney's Office
> Attn: Robert J. Dodson, Assistant United States Attorney
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601
> Telephone: (919) 856-4530
> E-mail: robert.dodson@usdoj.gov

This the 18th day of August, 2020.

/s/ Kevin M. Marcilliat
_____
Kevin M. Marcilliat
Roberts Law Group, PLLC
203 West Millbrook Road, Suite 200
Raleigh, North Carolina 27609
Telephone: (919) 838-6643
Facsimile: (919) 573-0774
E-mail: Kevin@RobertsLawTeam.com
State Bar No. 44592
*Retained Counsel for Defendant*