UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-cr-00073-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYLER ROBISON,

    Defendant.

_____/

ORDER

Upon motion of the Defendant [DE-27] and for good cause shown, it is hereby ORDERED that Document Entry 26 [DE-26] in the above-captioned case be SEALED.

This the 18th day of August, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE