UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYLER ROBISON,

    Defendant.

_____/

Cr. No. 5:20-cr-00073-M-1

MOTION TO WITHDRAW

COMES NOW the undersigned counsel, Kevin M. Marcilliat, of Roberts Law Group, PLLC, respectfully moves this Court for an Order allowing the undersigned counsel to withdraw as counsel of record for the Defendant, Tyler Robison. The undersigned counsel was retained as counsel of record on a limited purpose for representation in the United States District Court only. The Defendant was sentenced on August 28, 2020. The Defendant advised the undersigned that he does not wish to appeal.

WHEREFORE, the undersigned counsel respectfully moves this Court for an Order allowing the undersigned counsel to withdraw as counsel of record for Mr. Robison.

This the 12th day of October, 2020.

Respectfully Submitted,

/s/ Kevin M. Marcilliat
_____
Kevin M. Marcilliat
N.C. State Bar No. 44592
Roberts Law Group, PLLC
414 Chestnut Street, Suite 303
Wilmington, NC 28401
Telephone: (910) 212-5555
Facsimile: (919) 573-0774
E-mail: Kevin@RobertsLawTeam.com
*Retained Counsel for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>United States Attorney's Office
>Attn: Scott Lemmon, Assistant United States Attorney
>150 Fayetteville Street, Suite 2100
>Raleigh, NC 27601
>Phone: (919) 856-4530
>Email: Scott.Lemmon@usdoj.gov

This the 12th day of October, 2020.

>Respectfully Submitted,
>
>/s/ Kevin M. Marcilliat
>
>_____
>Kevin M. Marcilliat
>N.C. State Bar No. 44592
>Roberts Law Group, PLLC
>414 Chestnut Street, Suite 303
>Wilmington, NC 28401
>Telephone: (910) 212-5555
>Facsimile: (919) 573-0774
>E-mail: Kevin@RobertsLawTeam.com
>*Retained Counsel for Defendant*