5:20-CR-73-1M

| Probation Form 22 | United States District Court<br>Federal Probation System<br>TRANSFER OF JURISDICTION | DOCKET NUMBER *(Transfer Court)*<br>7:97-CR-00072-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>1:20-cr-0245-DAD |

| NAME OF OFFENDER<br><br>**TYLER ROBISON**<br><br>**COARSEGOLD, CA<br>(MADERA COUNTY)** | DISTRICT<br>**EASTERN NORTH CAROLINA** | DIVISION<br>SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Richard E. Myers | |
| | DATES OF<br>SUPERVISION<br><br>→ | FROM<br><br>08/28/2020 | TO<br><br>08/27/2021 |

OFFENSE
MAKING A FALSE STATEMENT, 18 U.S.C. § 1001

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA


   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be

transferred with the records of this court to the United States District Court for the Eastern District of California

upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of

supervision may be changed by the district court to which this transfer is made without further inquiry of this

court.*

_12-7-20_____
Date

_Terrence V. Boyle_____
Terrence W. Boyle, Chief United States District Judge

* This sentence may be deleted in the discretion of the transferring court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA


   IT IS HERBY ORDERED that jurisdiction over the above named offender be accepted and assumed by this

court from and after the entry of this order.

December 14, 2020
_____
Effective Date

_Dale A. Drozd_____
United States District Judge